| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BENNETT, MARK W | 2. Court or Organization USDC/Northern District of Iowa | 3. Date of Report 8/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Judge | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 313 United States Courthouse 320 Sixth Street Sioux City, IA 51101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AUG 12 A 11: 27 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W | 8/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Aspen Publishing | $4900 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | FJC's Strategic Planning Workshop, Redondo Beach, CA | 1/11-1/14 | airfare, lodging, meals |
| 2. | FJC's National Case Weighting Meeting, San Antonio, TX | 1/28-1/30 | airfare, lodging, meals |
| 3. | Ninth Annual Employment Practices Liability Insurance Conference, New York, NY | 2/2-2/3 | airfare, lodging, meals |
| 4. | Courthouse Design Meeting, Boston, Mass | 2/3-2/4 | airfare, lodging, meals |
| 5. | Courthouse Design Meeting, Boston, Mass | 2/16-2/17 | airfare, lodging, meals |
| 6. | Employmet Discrimination Course, Drake University School of Law, Des Moines, IA | 2/29-3/2 | mileage, lodging, meals |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | EEO Committee Mid Winter Meeting, Rancho Mirage, CA | 3/24-3/28 airfare, lodging, meals |
| 8. | Conference for Chief United States District Court Judges, Washington, DC | 3/28-3/31 airfare, lodging, meals |
| 9. | Employment Discrimination Course, Drake University Law School, Des Moines, IA | 4/3-4/4 mileage, lodging, meals |
| 10. | Courtroom Design Commissioner's Meeting, Washington, DC | 4/19-4/21 airfare, lodging, meals |
| 11. | Pacific Coast Labor and Employment Law Conference, Seattle, WA | 5/12-5/15 airfare, lodging, meals |
| 12. | Upper Midwest Employment Law Institute, St. Paul, MN | 5/25- 5/27 airfare, lodging, meals |
| 13. | NELI 2004 Employment Litigation Workshop, San Francisco, CA | 6/10-6/13 airfare, lodging, meals |
| 14. | Defender Services Committee Meeting, Washington, DC | 6/13-6/16 airfare, lodging, meals |
| 15. | Courthouse Art in Architecture Meeting, New York, NY | 6/21 -6/23 airfare, lodging, meals |
| 16. | Texas Bar Association Annual Meeting, San Antonio, TX | 6/24-6/25 airfare, lodging, meals |
| 17. | Courthouse Design Meeting, Cedar Rapids, IA | 6/27-6/28 airfare, lodging, meals |
| 18. | EEOC Speech on 40th Anniversary of Title VII | 6/29-6/30 airfare, lodging, meals |
| 19. | Eighth Circuit Judicial Conference | 7/12-7/15 airfare, lodging, meals |
| 20. | Courthouse Design Meeting, Cedar Rapids, IA | 7/19-7/20 airfare, lodging, meals |
| 21. | FJC National Workshop for District Court Judges, Seattle, WA | 9/19-9/22 airfare, lodging, meals |
| 22. | Courthouse Design Meeting, Cedar Rapids, IA | 10/31-11/1 airfare, lodging, meals |
| 23. | Federal Death Penalty Defense Strategy Session, Salt Lake City, Utah | 11/4-11/7 airfare, lodging, meals |
| 24. | Akron Bar Association CLE/Teaching Fellowship, Akron, Ohio | 11/10-11/13 airfare, lodging, meals |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 25. Meeting of Committee on Defender Services, key Biscayne, FL | 12/7-12/11  airfare, lodging, meals |
| 26. | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑  **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑  **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Mutual Funds (IRA) | | | | | | | | | |
| 2. Aim Health Sciences Fund Inv. Class** See Notes | | None | J | T | | | | | |
| 3. American Century Small Cap Value fund Inv Class | | None | | | Sell | 1/2 | J | D | |
| 4. Bjurman Micro Cap Growth | A | Dividend | K | T | Buy | 1/5 | J | | |
| 5. | | | | | Reinvest | 12/16 | J | | |
| 6. Buffalo Small Cap Fund | A | Dividend | J | T | Buy | 1/5 | J | | |
| 7. | | | | | Buy | 1/20 | J | | |
| 8. | | | | | Reinvest | 6/18 | J | | |
| 9. | | | | | Reinvest | 12/20 | J | | |
| 10. Excelsior Value and Restructuring Fund | A | Dividend | J | T | Buy | 1/8 | J | | |
| 11. | | | | | Reinvest | 4/13 | J | | |
| 12. | | | | | Reinvest | 6/28 | J | | |
| 13. | | | | | Reinvest | 10/13 | | | |
| 14. | | | | | Reinvest | 12/21 | | | |
| 15. Henlopen Fund | A | Dividend | J | T | Buy | 1/5 | J | | |
| 16. | | | | | Buy | 1/23 | J | | |
| 17. | | | | | Reinvest | 12/29 | J | | |
| 18. Invesco Health Sciences Fund Investor Class** See Notes | | None | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Janus Global Technology | | None | | | Sell | 1/26 | J | A | |
| 20. Janus Twenty Fund | | None | | | Sell | 1/5 | J | A | |
| 21. Pimco RCM Biotechnology Class D | | None | J | T | Part Sale | 1/21 | J | D | |
| 22. | | | | | Part Sale | 11/17 | J | C | |
| 23. Rainier Small/Mid Cap Equity Portfolio | A | Dividend | J | T | Buy | 1/27 | J | | |
| 24. | | | | | Buy | 1/28 | J | | |
| 25. | | | | | Reinvest | 12/15 | J | | |
| 26. RS Internet Age Fund | | None | J | T | Buy | 1/5 | J | | |
| 27. | | | | | Buy | 1/23 | J | | |
| 28. TCW Galileo Value Oppty | A | Dividend | J | T | Reinvest | 12/17 | J | | |
| 29. Wasatch Core Growth Fund | A | Dividend | K | T | Part Sale | 1/21 | J | D | |
| 30. | | | | | Reinvest | 10/15 | J | | |
| 31. | | | | | Reinvest | 12/17 | J | | |
| 32. | | | | | Reinvest | 12/31 | J | A | |
| 33. Wasatch Global Tech Fund | | None | J | T | Buy | 1/26 | J | | |
| 34. Stocks (IRA) | | | | | | | | | |
| 35. Antex Biologics New | | None | | | Sell | 2/2 | J | A | |
| 36. Cryotech Indus. CL A | | None | | | Sell | 2/2 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. General Electric Company | A | Dividend | | | Reinvest | 1/27 | J | | |
| 38. | | | | | Reinvest | 4/27 | J | | |
| 39. | | | | | Part Sale | 5/12 | J | C | |
| 40. | | | | | Sell | 7/19 | J | C | |
| 41. Hilton Petroleum Ltd. | | None | | | Sell | 2/2 | J | A | |
| 42. JDS Uniphase Corporation | | None | J | T | | | | | |
| 43. Michael's Stores | A | Dividend | J | T | Part Sale | 1/20 | J | D | |
| 44. | | | | | Reinvest | 2/2 | J | | |
| 45. | | | | | Reinvest | 5/3 | | | |
| 46. | | | | | Reinvest | 8/2 | J | | |
| 47. | | | | | Part Sale | 9/20 | J | C | |
| 48. | | | | | Reinvest | 11/1 | J | | |
| 49. Microsoft Corp. | | None | | | Sell | 1/20 | J | D | |
| 50. Nautilus Group, Inc. | A | Dividend | | | Part Sale | 1/2 | J | D | |
| 51. | | | | | Reinvest | 3/11 | J | | |
| 52. | | | | | Sell | 4/6 | J | C | |
| 53. Netratings Inc. | | None | | | Sell | | J | C | |
| 54. Oracle Corporation | | None | | | Sell | 1/21 | J | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Price Legacy Corp. | | None | | | Sell | 1/2 | J | A | |
| 56. RCN Corporation | | None | | | Sell | 1/2 | J | A | |
| 57. Southmark Corp. New | | None | | | Sell | 2/12 | J | A | |
| 58. Surebeam Corp. | | None | J | T | | | | | |
| 59. Symons International Grp. | | None | | | Sell | 2/2 | J | A | |
| 60. Titan Corp | | None | | | Sell | 1/20 | J | B | |
| 61. Vertical Computer Sys. | | None | | | Sell | 2/2 | J | A | |
| 62. Williams Companies | | None | | | Sell | 1/2 | J | C | |
| 63. Schwab Money Market Fund (IRA) | A | Dividend | J | T | Part Sale | 1/6 | J | A | |
| 64. | | | | | Buy | 1/8 | J | | |
| 65. | | | | | Part Sale | 1/9 | J | C | |
| 66. | | | | | Part Sale | 1/21 | J | C | |
| 67. | | | | | Buy | 1/23 | J | | |
| 68. | | | | | Buy | 1/26 | J | | |
| 69. | | | | | Part Sale | 1/27 | J | D | |
| 70. | | | | | Part Sale | 1/28 | J | D | |
| 71. | | | | | Part Sale | 1/29 | J | B | |
| 72. | | | | | Buy | 2/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | Buy | 4/13 | J | | |
| 74. | | | | | Buy | 5/18 | J | | |
| 75. | | | | | Buy | 7/23 | J | | |
| 76. | | | | | Buy | 7/27 | J | | |
| 77. | | | | | Part Sale | 8/31 | J | C | |
| 78. | | | | | Buy | 9/24 | J | | |
| 79. | | | | | Buy | 10/15 | J | | |
| 80. | | | | | Buy | 12/26 | J | | |
| 81. | | | | | Part Sale | 12/31 | J | | |
| 82. Non IRA Assets and Investment Activity | | | | | | | | | |
| 83. ANTX | | None | J | T | | | | | |
| 84. Cisco | | None | J | T | | | | | |
| 85. Dresdner RCM Biotech | | None | J | T | | | | | |
| 86. Janus Mercury | | None | J | T | | | | | |
| 87. JDS Uniphase | | None | J | T | | | | | |
| 88. Michael's Stores, Inc. | | None | J | T | | | | | |
| 89. Price Legacy Corp. | | None | J | T | | | | | |
| 90. Strong Blue Chip | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Surebeam Corp. | | None | J | T | | | | | |
| 92. Wasatch Core Growth | | None | J | T | | | | | |
| 93. WasatchUltra Growth | | None | J | T | Part Sale | | J | B | |
| 94. Williams Co's Inc. | | None | J | T | | | | | |
| 95. Miscellaneous Holdings | | | | | | | | | |
| 96. Iowa College Savings Account-- Mark Bennett custodian | | None | J | T | Contribute | | J | | |
| 97. Iowa College Savings Account . ▇▇▇ custodian | | None | J | T | Contribute | | J | | |
| 98. CKG ACCT; Fidelity, Boston MA | B | Interest | K | T | | | | | |
| 99. Norwest Checking Account | A | Interest | J | T | | | | | |
| 100. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | M | W | | | | | |
| 101. Belcour Pension Invest VI | | None | J | T | | | | | |
| 102. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| 103. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 104. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 105. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 106. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 107. IRA▇▇▇ | | | | | | | | | |
| 108. Berkshire Hathaway Inc DEL CL B | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. FBR Small Cap Class | | | | | Buy | 1/8 | J | | |
| 110. | | | | | Buy | 1/20 | J | | |
| 111. | | | | | Reinvest | 12/17 | J | | |
| 112. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 113. Fidelity New Millenium | | None | K | T | Part Sale | 12/23 | J | C | |
| 114. Fidelity Select Biotechnology | | None | J | T | Part Sale | 12/23 | J | | |
| 115. | | | | | Part Sale | 12/30 | J | | |
| 116. Fidelity Select NWK & Infrastructure | | None | J | T | Buy | 1/20 | J | | |
| 117. Fidelity Structured Large Cap Value Fund | | None | J | T | Buy | 12/23 | J | | |
| 118. Gradco Systems Inc. *** See Notes | | None | J | T | | | | | |
| 119. International Business Machine | A | Dividend | J | T | | | | | |
| 120. Matthews Pacific Tiger Fund | | | J | T | Buy | 12/31 | J | | |
| 121. Oakmark Equity & Income FD | A | Dividend | J | T | Reinvest | 12/9 | J | | |
| 122. | | | | | Part Sale | 12/30 | J | A | |
| 123. The Olstein Financial Alert Fund | | | L | T | | | | | |
| 124. PBHG MID CAP Value | | None | K | T | Reinvest | 12/8 | J | | |
| 125. Surebeam Corp. *** See Notes | | None | | | | | | | |
| 126. Wasatch Core Growth | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | Reinvest | 12/17 | J | | |
| 128. Wasatch Small Cap Value | | None | K | T | Part Sale | 12/30 | J | B | |
| 129. Weitz Value | A | Dividend | | | Part Sale | 1/8 | J | A | |
| 130. | | | | | Reinvest | 6/29 | J | | |
| 131. | | | | | Sell | 12/28 | J | C | |

| 1: Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2: Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3: Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Entry #2 (Aim Health Sciences Fund Inv. Class) was not listed on the 2003 report. This fund was spun off of a fund previously owned by Judge Bennett in 2003.. In December, 2004, it had a total market value of $2.10

Entry #18 (Invesco Health Sciences Fund Investor Class) was listed on the 2004 report and was part of Judge Bennett's IRA in January of 2004 with a total market value of $2.05. Per Schwab records, this fund is no longer a part of Judge Bennett's IRA. There is no definitive sale date listed in the records.

Entry # 117 (Gradco Systems, Inc.) was merged into a separate investment.

Entry #124 (Surebeam) was completely sold in 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W | 8/12/2005 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                       Date  8/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border: 1px solid black; padding: 10px;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>